UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:09-MJ-1987-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **SUPERVISION** |
| **Mark J. Piccerelli** | ) | |

     On March 8, 2011, Mark J. Piccerelli appeared before the Honorable James E. Gates, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Driving While Impaired-Level 4, in violation of 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, was sentenced to a 12-month term of probation.

     On October 19, 2011, a revocation hearing was scheduled alleging that Mark J. Piccerelli, had violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to report to the probation officer as directed by the court or probation officer.
3. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

     At the revocation hearing it was ordered that the hearing be held in abeyance until the defendant could participate in an in-patient treatment program in Connecticut. The defendant enrolled in a 28-day program on December 16, 2011, and completed the program on January 13, 2012. He is currently being supervised in the District of Rhode Island.

     It now appears that the ends of justice would best be served by denying the motion for revocation before the court this date and continuing supervision under the original terms and conditions imposed in this case.

     **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued.

     This the 7th day of February, 2012.

                                                               William A. Webb
                                                               U.S. Magistrate Judge